IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN A. EDSON D.C.,

      Petitioner,

v.

DEPARTMENT OF HEALTH,
STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5471

Opinion filed March 12, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Steven A. Edson D.C., pro se, Petitioner.

Therese A. Savona, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.